FILED
JUL 1 1 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　　　Defendant. | Case No.: 3:22-cv-0409-BAS-MSB<br><br>**ORDER:**<br><br>**1. GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF No. 3), AND**<br><br>**2. DISMISSING PETITION WITHOUT PREJUDICE** |

On March 25, 2022, Petitioner Keith Thomas ("Petitioner") filed a petition for writ of habeas corpus (the "Petition") pursuant to 28 U.S.C. § 2254. (Pet., ECF No. 1.) On March 29, 2022, the Court dismissed the Petition without prejudice because Petitioner had failed to satisfy the filing fee requirement. (Order, ECF No. 2.) In its Order, the Court notified Petitioner that to have his case reopened, he must either pay the filing fee or provide adequate proof of his inability to pay, no later than May 27, 2022. (*Id.* at 1.) Petitioner filed a Motion to Proceed In Forma Pauperis ("IFP") on May 25, 2022. (Mot., ECF No. 3.)

//
//

facts because he "do[es] not have a copy of that petition." (*Id.* at 7.) The Court declines to look to pleadings in another case to make sense of Petitioner's claims. While courts should liberally interpret pro se pleadings with leniency and understanding, this should not place on the reviewing court the entire onus of ferreting out grounds for relief and supporting facts. *Cf. Burkey v. Deeds*, 824 F. Supp. 190, 193 (D. Nev. 1993). Because the Petition contains mere conclusory allegations without any specific facts in support of relief, the Court finds that it must be dismissed.

## III. CONCLUSION

Based on the foregoing, the Court **GRANTS** Petitioner's Motion to Proceed IFP (ECF No. 3) and **DISMISSES** this action without prejudice. To have this case reopened, Petitioner must, **no later than August 15, 2022**, file a First Amended Petition that cures the pleading deficiencies set forth above. Should Petitioner decide to file an amended petition, he is advised to clearly and succinctly state all grounds for relief and supporting facts using the blank First Amended Petition form sent to Petitioner with this order.

**IT IS SO ORDERED.**

**DATED: July 11, 2022**

**Hon. Cynthia Bashant
United States District Judge**

---

February 17, 2022. (*See* ECF No. 36.) From the allegations contained in the current petition, it is impossible to discern whether Petitioner is attempting to challenge the same conviction and sentence as in the prior case. The Court notes that challenges to the "the same custody imposed by the same judgment of a state court" as a prior petition are generally prohibited unless Petitioner has been granted leave to file a successive petition by the United States Court of Appeals. *See* 28 U.S.C. § 2244(b)(3)(A); *see also Burton v. Stewart*, 549 U.S. 147, 153 (2007).